# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**RONNIE JUNIOR NIXON**                                                                  **PLAINTIFF**

v.                      Case No. 3:22-cv-00193-KGB-JTK

**COREY OVERSTREET,** *et al.*                                             **DEFENDANTS**

## ORDER

Before the Court is plaintiff Ronnie Junior Nixon's motion for status and notice of change of address (Dkt. No. 8). The Court observes that Mr. Nixon's address has been updated on the docket. Further, the motion for status update is granted (*Id.*). The Court directs the Clerk of Court to send Mr. Nixon a copy of United States Magistrate Judge Jerome T. Kearney's Proposed Findings and Recommendations (Dkt. No. 4), along with the docket sheet in this case.

The Court also observes that, on August 8, 2022, August 17, 2022, and August 22, 2022, mail to Mr. Nixon was returned undeliverable (Dkt. Nos. 5–7). Mr. Nixon is advised that, pursuant to the Local Rules of the United States District Court for the Eastern and Western Districts of Arkansas, he must "promptly notify the Clerk and other parties to the proceedings of any change in his or her address." Local Rule 5.5. Because Mr. Nixon failed to provide the Court with a valid mailing address, the Court recognizes that Mr. Nixon did not receive a copy of Judge Kearney's Proposed Findings and Recommendations (Dkt. No. 4). Accordingly, on its own motion, the Court provides Mr. Nixon a 14-day extension, up to and including November 10, 2022, to file objections to Judge Kearney's Proposed Findings and Recommendations.

It is so ordered this 27th day of October, 2022.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge