UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**RONNIE JUNIOR NIXON**                                                                                       **PLAINTIFF**

v.                                    Case No. 3:22-cv-00193-KGB-JTK

**COREY OVERSTREET**, *et al.*                                                                       **DEFENDANTS**

## ORDER

Before the Court are Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 4). Plaintiff Ronnie Junior Nixon has not filed any objections, and the time to file objections has passed. Accordingly, after careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (*Id.*).

It is therefore ordered that:

1. Mr. Nixon's motion for leave to proceed *in forma pauperis* is denied (Dkt. No. 1).

2. Mr. Nixon's complaint is dismissed without prejudice (Dkt. No. 2).

3. Mr. Nixon has 30 days from the date of this Order in which to reopen this case by paying the $402 filing fee in full.

4. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

It is so ordered this 9th day of February, 2023.

_____
Kristine G. Baker
United States District Judge