UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**RONNIE JUNIOR NIXON**                                                                                         **PLAINTIFF**

v.                               Case No. 3:22-cv-00193-KGB-JTK

**COREY OVERSTREET**, *et al.*                                                                          **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Ronnie Junior Nixon's complaint is dismissed.  The relief sought is denied.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

So adjudged this 9th day of February, 2023.

Kristine G. Baker
United States District Judge